AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| AMJAD ABUDAYYA | ) Case No. 23-MJ-7131 |
| *Defendant(s)* | ) |

**FILED**
OCT 18 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 28 and 29, 2023** in the county of **Vermilion** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in possession of a firearm |
| Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) | Distribution of Cocaine |

This criminal complaint is based on these facts:

See affidavt of FBI Special Agent Anthony Schuble

☐ Continued on the attached sheet.

s/Anthony Schuble

*Complainant's signature*

Anthony Schuble, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone and email.

Date: 10/18/2023

**Eric Long** Digitally signed by Eric Long
Date: 2023.10.18 13:55:29 -05'00'
*Judge's signature*

City and state: Urbana, Illinois

Hon. Eric I. Long, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, ANTHONY L. SCHUBLE, being duly sworn, state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Springfield, Illinois, Division, Champaign Resident Agency. I have been employed as a Special Agent for the FBI since March 2017.

2. As part of my daily duties as an FBI Special Agent, I investigate criminal violations pertaining, but not limited to Title 18, United States Code, Sections 922, 924, 1956 and 1957, and Title 21, United States Code, Sections 841, 843, 846, 848, 952, and 963.

3. This affidavit is submitted in support of a criminal complaint alleging Amjad Abudayya has violated Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C) (distribution of a controlled substance); and Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a convicted felon). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Amjad Abudayya committed the offenses alleged in the complaint.

## I. FACTS SUPPORTING PROBABLE CAUSE

### A. Confidential Human Source Consensual Recordings

4. Below is a summary of five recorded interactions between the confidential human source (CHS)[1] and Amjad Abudayya (Abudayya). Most of this communication was in Arabic. All the communication has been reviewed and translated by an FBI translator. The summary's below are a combination of Agents surveillance notes, CHS statements to the agent after the recordings, and agents notes after reviewing the video/audio recordings.

5. On May 18, 2023, FBI agents met with the CHS and provided him/her with a recording device. Following that, the CHS met with Abudayya at EZ Mart Tobacco (EZ Mart), 205 W. Fairchild St., Danville, IL. During this conversation, the CHS and Abudayya discussed obtaining a firearm for the CHS. The CHS suggested that Abudayya sell him the gun that Abudayya had shown him before. During the conversation, Abudayya indicated he had just bought a firearm from someone. Abudayya agreed to the obtain a firearm for the CHS. Agents were later able to retrieve a recording of this conversation.

---

[1] The true identity of the CHS is known to me. In connection with his/her work cooperation on this and other investigations, he/she has been provided a temporary visa. The CHS is currently on felony probation in state court. The CHS also has a pending misdemeanor in state court. The CHS also has a prior felony drug related within the past ten years.

6. On June 5, 2023, agents again met with the CHS in preparation to purchase controlled substances and/or a firearm from Abudayya. Agents searched the CHS and their vehicle. They then provided the CHS with a recording device and the necessary currency before conducting surveillance as the CHS met with Abudayya. The CHS met Abudayya at Huff n' Puff, 801 N Gilbert St., Danville, IL. During this encounter, the CHS bought approximately 3 grams of suspected cocaine from Abudayya. Abudayya was unable to sell the CHS a firearm on this date. The CHS returned to meet with agents and provided the cocaine to the agents along with the recording device. The CHS told agents that he/she bought cocaine from Abudayya. The transaction was captured on the recording.

7. On June 28, 2023, agents again met with the CHS in preparation to purchase controlled substances and/or a firearm from Abudayya. Agents searched the CHS and their vehicle. They then provided the CHS with a recording device and the necessary currency before conducting surveillance as the CHS attempted to meet with Abudayya. On this occasion, the CHS traveled to EZ Mart. While Abudayya was not present in the store, the CHS was able to speak with Abudayya via phone, and Abudayya again confirmed that he was in the process of securing the firearm for the CHS. The CHS then traveled to East Side Grocery, 1618 E Fairchild St., Danville, IL, to meet with Abudayya. During their meeting, the CHS asked about purchasing cocaine. Abudayya indicated he would sell the CHS an ounce of cocaine later and agreed to sell just what Abudayya had on his person at the time, which was approximately two grams of suspected cocaine. The CHS and Abudayya discussed a potential meeting in the near future to get the CHS an

ounce of cocaine and the firearm they had been discussing. The CHS returned to meet with agents after this and turned over the cocaine and recording device. The entire conversation was captured on the recording device.

8. On June 29, 2023, agents again met with the CHS in preparation to purchase controlled substances and/or a firearm from Abudayya. Agents searched the CHS and their vehicle. Then provided the CHS with a recording device and the necessary currency before conducting surveillance on the CHS's contact with Abudayya. At approximately 10:06 a.m., the CHS called Abudayya at phone number (217) 516-2960. Abudayya told the CHS he had the firearm with him and was coming to the store. He asked the CHS to wait for him at the store.

9. On June 29, 2023, at approximately 10:26 a.m., the CHS met with Abudayya at E Z Mart, 205 W. Fairchild St., Danville, IL. Agents watched the buy from a surveillance position. The CHS bought a black semi-automatic firearm, Ruger LC9S, Serial Number 327-33885, from Abudayya for $400.00. The purchase took place in the parking lot of EZ Mart at the back passenger door of Abudayya's black 2021 Chevrolet truck, displaying IL tag number 3100514B. During the sale of the firearm, Abudayya explained to the CHS this firearm had been reported stolen. After the sale, the CHS returned to meet with agents and turned over the firearm and recording device. During the review of the recording, the agents could hear Abudayya say Ruger multiple times.



10. Prior to these events, on or about December 21, 2021, Abudayya was convicted in Vermilion County (IL) Circuit Court of the offense of Aggravated Unlawful Use of a Weapon. This offense is a class 4 felony punishable by a term exceeding one year of imprisonment. Abudayya was on probation for this felony offense until his probation was discharged on July 5, 2023.

11. Ruger firearms, including the firearm in question, are not manufactured in the State of Illinois. As such, the firearm must have traveled in interstate or foreign commerce at some point prior to the events described herein.

## II. CONCLUSION

12. Based on the foregoing facts, I respectfully submit there is probable cause to believe, on or about June 29, 2023, in the Central District of Illinois, Abudayya possessed controlled substances with intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C), and possession of a firearm by a convicted felon Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

s/Anthony Schuble

_____
Anthony Schuble
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to in accordance with Fed. R. Crim. P. 4.1, by reliable electronic means, namely telephone, October 18, 2023.

Digitally signed by Eric Long
Date: 2023.10.18 13:54:18 -05'00'

_____
HONORABLE ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE